COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-084-CV

 

IN RE JEROME D. BROWN                                                        RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied because relator has provided no file-marked copy of either motion for
which he is demanding a ruling, and the trial court has informed us that it has
not received either of these motions. 
Accordingly, relator=s
petition for writ of mandamus is denied.

 

PER CURIAM

 

 

PANEL A: 
MCCOY, J.; CAYCE, C.J.; and WALKER, J.

 

DELIVERED: 
March 31, 2008











    [1]See
Tex. R. App. P. 47.4.